CHEMUNG IRON AND STEEL COMPANY, Respondent, v. SMITH & HEMENWAY, INC., Appellant.— Appeal dismissed, without costs. No opinion. Order filed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

OMER FEIZI, Substituted for ALEXANDER C. CASTRIOTIS and Another, Appellant, v. SECOND RUSSIAN INSURANCE COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

M. MANACHER CONSTRUCTION COMPANY, INC., Appellant, v. THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Respondent, Impleaded with AELRED REALTY CORPORATION and Another.— Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.